Argued and submitted June 7, case dismissed with prejudice and without costs
December 20, 1988

## HOFFMANN,
*Plaintiff,*

*and*

## ROTH,
*Petitioner on Review,*

*v.*

## STOLL,
*Respondent,*

*and*

## HAGADORN,
*Respondent on Review.*

(TC No. 8611-07067(c); CA A44238; SC S34937)

765 P2d 811

Timothy E. Brophy, Portland, argued the cause for petitioner on review. With him on the petition and supplemental brief were Bradley J. Schrock, and Bernard, Kneeland & Brophy, Portland.

Thomas W. Brown, Portland, argued the cause for respondent on review Hagadorn. With him on the response was Cosgrave, Kester, Crowe, Gidley & Lagesen, Portland.

John R. Faust, Jr., and Schwabe, Williamson & Wyatt, Portland, filed a brief of *amicus curiae* for the Oregon Association of Defense Counsel.

Before Peterson, Chief Justice, and Lent,** Linde, Campbell, Carson and Gillette, Justices.

** Lent, J., retired September 30, 1988.

## MEMORANDUM OPINION

The parties have stipulated that this case has been settled and that it be dismissed with prejudice and without costs.

Without expressing an opinion on the merits of this case, it is dismissed with prejudice and without costs.